UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NIGEL LUCOMBE,

    Plaintiff,

v.                                Case No: 8:25-cv-1819-WFJ-CPT

FL CASH HOME BUYERS, LLC and
GABRIEL GARCIA,

    Defendants.
_____/

# O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 9)** that the above-styled action has been settled as to Plaintiff and Defendant FL Cash Home Buyers, LLC only. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Defendant FL Cash Home Buyers, LLC, and subject to the right of the parties, within <u>thirty (30) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 30-day period, however, dismissal shall be with prejudice as to FL Cash Home Buyers, LLC.

**DONE** and **ORDERED** in Tampa, Florida on September 16, 2025.

                                                s/*William F. Jung*
                                                **WILLIAM F. JUNG**
                                                **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Plaintiff, *pro se*
Counsel of Record