# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

NIGEL LUCOMBE,

    Plaintiff,

v.

FL CASH HOME BUYERS, LLC and
GABRIEL GARCIA,

    Defendants.

_____/

Case No: 8:25-cv-1819-WFJ-CPT

## A M E N D E D   O R D E R

The Court has been advised by **the Amended Notice of Settlement (Dkt. 12)** that the above-styled action has been settled as to all parties. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within thirty (30) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 30-day period, however, dismissal shall be with prejudice as to all Defendants, FL Cash Home Buyers, LLC and Gabriel Garcia. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on September 16, 2025.

                                       s/*William F. Jung*
                                       **WILLIAM F. JUNG**
                                       **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Plaintiff, *pro se*
Counsel of Record